# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:07CR26

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **JOSEPH CABE SUMMEROW.** ) | |
| ) | |
| _____ ) | |

**THIS MATTER** coming on before the court, pursuant to a letter received by the undersigned from Stephen M. Dewalt, Warden of the Federal Medical Center in Lexington, Kentucky requesting an extension of an additional thirty (30) days to complete the evaluation of the defendant that was ordered by the court in the court's Order (#19) of July 10, 2007, and it appearing from the letter that good cause has been shown for the granting of the request. .

## ORDER

**IT IS, THEREFORE, ORDERED**, that the time within which the Federal Medical Center is to complete its evaluation of the defendant is enlarged for a period of thirty (30) days, up to and including **November 27, 2007** and that a report be made available to the court by **December 24, 2007.**

Signed: October 11, 2007

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge